April 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ARMAN A. SHAFIGHI, Appellant

NO. 14-12-00082-CV                 V.

TEXAS FARMERS INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Texas Farmers Insurance Company, signed October 26, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Texas Farmers Insurance Company.

We further order this decision certified below for observance.